FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_Lance Hansen Myers_
(Enter above the full name of the
plaintiff in this action.)

CIVIL ACTION

NO. 02-3677

SECT. R MAG. 1

SECTION _____

versus

_Ray Nagin, Mayor, city of New orleans._
_charles Foti, sheriff, orleans parish._
      _Warden, central Lock up orleans parish._
(Enter above the full name of the
defendant or defendants in this
action.)
      _H.o.d_
      _Medical Director C.L.U. orleans parish_
_B. pittman, watch commander H.o.d. orleans parish_

COMPLAINT

I.    Previous Lawsuits

    A.    Have you begun other lawsuits in state or federal court dealing with
        the same facts involved in this action or otherwise relating to your
        imprisonment? Yes ( )   No (✓)

    B.    If your answer to A is yes, describe the lawsuit in the space below.
        (If there is more than one lawsuit, describe the additional lawsuits
        on another piece of paper, using the same outline.)

        1.    Parties to the previous lawsuit

            Plaintiffs _____

                    _____

            Defendants _____

                    _____

        2.    Court (If federal court, name of the district court; if state
            court, name the parish.)

        _____

        3.    Docket Number _____

        4.    Name of judge to whom case was assigned _____

        _____

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _1_

5.    Disposition (For example: Was this case dismissed? Was it appealed?  Is it still pending?) ____

_____

6.    Approximate date of filing lawsuit _____

7.    Approximate date of disposition _____

C.    Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )   No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case.  You also must identify in which federal district or appellate court the action was brought.

_____

_____

_____

II.    Place of Present Confinement: *H.o.d orleans parish*

A.    Is there a prisoner grievance procedure in this institution?
Yes (✓)   No ( )

B.    Did you present the facts relating to this complaint in the prisoner grievance procedure?  Yes (✓)  No ( )

C.    If your answer is YES,

1.    Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses.  If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. *12/0 3/0 2. 4408845).*
*11/25/02 440444). 12/4/02. 441224). 11/25/02).*
*440443.).*

2.    As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure including appeals? *yes this administration refused to respond back legally on any matter.*

_____

D.    If your answer is NO, explain why you have not done so: ____

_____

_____

III.   Parties

(In item A below, place your name in the first blank, your present address in the second blank and your date of birth in the third blank.   Do the same for additional plaintiffs, if any.)

A.   Name of plaintiff _Lance Hansen Ayers_

Address _2800 Granier st N.O. La 70119_

Date of Birth _9, 6, 63_

Prisoner Number _111738 - 122241_

Date of Arrest _9, 4, 2002._

Date of Conviction _none_

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.   Use item C for the names, positions, and places of employment of any additional defendants.)

B.   Defendant _Ray nagin_   is employed as _Mayor_ _city of New orleans ). Charles Foti, sheriff )._

C.   Additional Defendants _B. pittman watch commander_ _Warden, Hod, orleans parish )._ _medical Director Hod orlean parish ).

IV.   Statement of Claim

(State here as briefly as possible the facts of your case.   Describe how each defendant is involved.   Include also the names of other persons involved, dates, and places.   Do not give any legal arguments or cite any cases or statutes.   If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.   Use as much space as you need.   Attach extra sheet if necessary.)

_under 42 U.S.C S 1983 this is A civil rights action for damages against county goberment Municipal policy or custom "policy amounts to deliberate inclifference on the part of the Municiplity ._

_see attach Forms on the next Page._

2

## Statement of Claim

the complaint alleges, that the plaintiff was force to eat hazardous food out of, unsanitary dishes under dangerous physical condition and, at the same time; plaintiff has been refused medical Treatment; defendant's failure to control tool in the kitchen, and wash room, by useing "pine oil floor Cleaning" to wash the plate's and spoon's in, def- endant's has expos the plaintiff and other inmate's to eat hazard's toxic substance; and at the same, time plaintiff are living under condition of NO, Heating and very low temperature degree's in the uper 20, and one blanket per bedding and, no furnishing of clean ventilation to get frash air.

At this time of the year which is 12/1/02 plaintiff are rexposed to extreme out Door wether condition to get frash air.    2

plaintiff was only given two pairs of pants and two short shirts no Jecket's this is a lack of clathing at this time of the year by the Warden ▮▮ and his staff therir are health hazard's in the food preparation and service are sufficiently gross, and serious food borne illness has already accured.

# Marshalling the facts

On NoveMeber 21, 2002, plaintiff and other inmates started taken sick, from the food that was passed out by the sheriff department here at the, orleans parish. Jail, which are beening run by, charles foti, for A number of day's plaintiff was sick from pine oil in the food, and on the plate's and on the spoons that we use to eat with.     4
A grievance was wrote to the Warden of the builden, he refused to respond, back to the order or petition on 12/4/02.          5
the grievance that was filed was moved out of the building to Captain R. Beach I in a nother builden on 12/4/02. plaintiff filed A nother grievance to the watch commander of the bulden, Ms. B pittman on 11/25/02 asking to be move out of the bulden on unsafe conditions.        6
But was refused at A meeting in the watch commander office on the 11/26/02.
plaintiff also move A grievance on the watch commader on this matter plaintiff request was denied on December 1st. 02.

7

A letter to the mayor, Ray Nagin office was mail out, but plaintiff has not gotten any responses back from his office on the condition of the building.

8

A sick call form was mail out to the Medical Department here in this building on 11/31/02 and, 11/29/02. but plaintiff has not been called to any medical attion at this time on this matter.

9

On Decu 1st, 2002, A letter to the office of charles Foti was mail out on this date, there was no responses from his office.

10

On Oct 11/02, plaintiff mail out A request for clothing because of the low temperature s in the building at this time of the year to the Warden and the Watch Commander office there has been no respond from any of the defendant's on this matter.

11

A nother letter was mail out to the Mayor office on the condition of the building on 12/6/02. that s in the parish of orleans.

12

plaintiff investigation came to Fine, and this builden is own by the city of New Orleans parish beening under the Mayor office, this administration at this time has refused to respond back on the complaint of Due process.
plaintiff are being denied all request by the mayor office of the city of New Orleans.

13

plaintiff and other inmate's are living under cruel and unusual punishment at this Time

14

Plaintiff are Farce to take A shower, on the clome where the temperature are in the how 30th degree's A grievance was filed on 11/29/02 their was no responses by the Warden or the mayor office or the Watch commander, the clome stay could there are No heating in this building, the Wind blow directly on the shower from broken Windows that are not sealed up.

15

plaintiff ask the court to send A federal investigator out to the building H.O.d, becous inmate, have to Walk around With Blanket on to keep Warm in this builden.

V.    Relief
      (State briefly exactly what you want the court to do for you.  Make no
      legal arguments.  Cite no cases or statutes.)

plaintiff prays that the honoreable Court
grant plaintiff petition,
petitioner move to be auarded Fare one
physical pain: 2 mental anguish: 3 Fright and
shock: embareassment, humiliation or mortification:
psychological injury: compensatory, punitive
damages 8th Million Dollars and tax
From the date of the fileng of the petition or asked
that all charges be drop on the plaintiff In
Orleans parish, on Lonce Hansen Myers, Sr.
||||738-|3324| #D.o.c.

VI.   Plaintiff's Declaration

1)    I declare under penalty of perjury that all facts represented in this
      complaint and any attachments hereto are true and correct.

2)    I understand that if I am released or transferred, it is my
      responsibility to keep the Court informed of my whereabouts and
      failure to do so may result in this action being dismissed with
      prejudice.

3)    I understand that I am prohibited from bringing a civil action in forma
      pauperis if I have brought three or more civil actions in a court of the
      United States while incarcerated or detained in any facility that were
      dismissed on the grounds that they were frivolous, malicious, or failed to
      state a claim upon which relief may be granted, unless I am under imminent
      danger of serious physical injury.

4)    I understand that even if I am allowed to proceed in forma pauperis, I am
      responsible for paying the entire $120 filing fee and any costs assessed
      by the Court, which shall be deducted from my inmate account by my
      custodian in installment payments as prescribed by law.

pro se Lonce H. Myers, Sr.

Signed this _____ day of Dece 6th , 2002

Lonce Hanson Myers Sr.
                    (Signature of Plaintiff)

6/96

3

CLU S3 03                                                        11/26/2002   15:30

ORLEANS PARISH CRIMINAL SHERIFF'S OFFICE                     ´ 440443

INMATE'S GRIEVANCE FORM (FORM ARP-1)
(This form should also be used to request to see the legal advisor)

INSTRUCTIONS TO THE INMATE:  Use black ink to complete.  Please print.

Name: LANCE HANSON _____   Bldg/Tier/Side/Cell: CLU S3   03

Folder Number: _____ 1111738 _____

Grievant's Statement:
What is your complaint?

YOUR PETITIONER MOVES THIS PETITION AT THIS TIME REQUESTING TO BE MOVE

OUT OF THIS BUILDING BECUASE I AM FACEING A LIFE SENTENCE AND I CAN NOT

TAKE THE CONDITION THAT I AM PLACE UNDER AT THIS TIME YOUR PETITIONER

PRAYS THAT THIS ORDER BE GRANTED ON THE CONDITION STATED IN THIS MATTER

ORDER BE GRANTED

What action do you want taken?

PLEASE MOVE THIS MATTER BEFORE THE WARDEN OF THIS BUILDING

An Emergency Grievance is a situation involving a risk of personal
injury or serious harm.
Is this an Emergency Grievance?     XXX
                                    YES                      NO

I FILL THAT MY LIFE IS IN DANGER AT THIS TIME

Inmate's signature:   LANCE HANSON

Date/hour 11/25/2002 _____   (Hour is for emergency grievance on

*************************************************************************

INITIAL ASSIGNMENT
Completed by Warden.  You have ten days from filing to make assignment.
I have determined the complaint to be:              Request for Service
_____Grievable    _____Non-grievable Complaint   XXX (Not a Grievance)

If not grievable, state reason: _____

_____

T Soule _____   _____ 11/25/2002 _____
          WARDEN'S SIGNATURE                        DATE

If grievable, complete the following information:
THE FOREGOING GRIEVANCE IS HEREBY ASSIGNED TO THE FOLLOWING INDIVIDUAL
AS THE STEP ONE RESPONDENT.  PLEASE RETURN FORM TO COMPUTER ROOM WITHIN

CLU S3 03 .                                                    12/05/2002   15:30

                    ORLEANS PARISH CRIMINAL SHERIFF'S OFFICE          441224

                    INMATE'S GRIEVANCE FORM (FORM ARP-1)
          (This form should also be used to request to see the legal advisor)

INSTRUCTIONS TO THE INMATE:  Use black ink to complete.  Please print.

Name: LANCE HANSON_____ Bldg/Tier/Side/Cell: CLU S3    03

Folder Number: _____1111738_____

Grievant's Statement:
What is your complaint?

THIS IS A REQUEST FOR SERVICE TO SOA ASKING FOR A CERTIFIED STATEMENT OF

MY ACCOUNT FOR MY 1983 ACTION._____

What action do you want taken?

FORWARDED TO SOA TO REQUEST THIS STATEMENT OF ACCOUNT._____

An Emergency Grievance is a situation involving a risk of personal
injury or serious harm.
Is this an Emergency Grievance?      XXX                _____
                                     YES                  NO

TIME LIMITATION_____

Inmate's signature: ___LANCE HANSON_____

Date/hour_12/04/2002_____(Hour is for emergency grievance on

*************************************************************************

                            INITIAL ASSIGNMENT
Completed by Warden.  You have ten days from filing to make assignment.
I have determined the complaint to be:              Request for Service
_____Grievable      _____Non-grievable Complaint   XXX_(Not a Grievance)

If not grievable, state reason: _____


_____

K Kendrick_____        _____12/04/2002_____
        WARDEN'S SIGNATURE                      DATE

If grievable, complete the following information:
THE FOREGOING GRIEVANCE IS HEREBY ASSIGNED TO THE FOLLOWING INDIVIDUAL
AS THE STEP ONE RESPONDENT.  PLEASE RETURN FORM TO COMPUTER ROOM WITHIN
FIFTEEN DAYS OF THE ABOVE DATE.
STEP ONE RESPONDENT:_SOA_____

12/04/2002   14:02    ORLEANS PARISH CRIMINAL SHERIFF'S OFFICE        440885

STEP ONE RESPONSE FORM (FORM ARP-2A)

Notice to the inmate:  You have filed a request for service (not a grievance
The response given below completes the request for service procedure.

TO:   LANCE HANSON                          1111738        CLU S3   03
              INMATE'S NAME AND NUMBER              BLDG/TIER/SIDE/CELL

FROM: R Beach II                               CAPTAIN
              STEP ONE RESPONDENT                   TITLE

      R Beach II                                   12/04/2002
              RESPONDENT SIGNATURE                   DATE

YOU NEED TO WRITE TO THE WATCH COMMANDER OF YORU BUILDING, NOT HTE KITCHEN

_Withness to this Claim_

_1128466  Albert J. Clark Jr._

_S.S. 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_

_2219 St. Thomas St._

_New Orleans, La: 70130_

_Ph (504) 581-1079_

_On the morning of Dec. 8, 2002 breakfast
was serve. The food was containated with
Bugs and seem to taste like pine oil, +
also can smell pine oil on the milk
Carton_

_Albert J. Clark Jr._

Complaint #    440885 continued from previous page.

If grievable, complete the following information:
THE FOREGOING GRIEVANCE IS HEREBY ASSIGNED TO THE FOLLOWING INDIVIDUAL
AS THE STEP ONE RESPONDENT.   PLEASE RETURN FORM TO COMPUTER ROOM WITHIN
FIFTEEN DAYS OF THE ABOVE DATE.
STEP ONE RESPONDENT: KITCHEN

CLU S3 03                                                    12/04/2002   14:02

ORLEANS PARISH CRIMINAL SHERIFF'S OFFICE            440885

INMATE'S GRIEVANCE FORM (FORM ARP-1)
(This form should also be used to request to see the legal advisor)

INSTRUCTIONS TO THE INMATE:  Use black ink to complete.  Please print.

Name: LANCE HANSON _____ Bldg/Tier/Side/Cell: CLU S3    03

Folder Number: _____ 1111738 _____

Grievant's Statement:
What is your complaint?

AT TIME YOUR PETITIONER MOVES TO INFORM YOUR BUILDING HEAD OF THE WASH

ROONM FAR DISHES THAT THE DESHES ARE BEING WASHED IN PIN OIL AND THAT PIN

OIL ARE BEING TASTED IN THE FOOD; AT THIS TIME EVIDENCE IS CLEAR: WE

ASKED THAT THIS MATTER BE AND HEREBY LOOKED INTO COUSE THIS IS NOT ONLY

THE FIRST TIME THAT THESE DISHS HAVE COME UP ON THE TIER IN THIS FORM

PLEASE DO A INVESTIGATION ON THIS MATTER BEFOR BEFOR RESPONDING BACK TO

YOUR PETITIONER WE REMAIN:

What action do you want taken?

PLEASE LOOK INTO THIS MATTER FOR YOUR PETITIONER WE CAN MAKE THIS MATTER

GO AWAY WE REMAIN

An Emergency Grievance is a situation involving a risk of personal
injury or serious harm.
Is this an Emergency Grievance?     XXX       _____
                                    YES          NO

PETITIONER MOVES ON NOTICE OF A FOOD HAZARD

Inmate's signature:    LANCE HANSON

Date/hour 12/02/2002 _____ (Hour is for emergency grievance on

*************************************************************************

INITIAL ASSIGNMENT
Completed by Warden.  You have ten days from filing to make assignment.
I have determined the complaint to be:            Request for Service
_____ Grievable      _____ Non-grievable Complaint    XXX (Not a Grievance)

If not grievable, state reason: _____

_____

K Anderson                            12/02/2002
       WARDEN'S SIGNATURE                 DATE

CLU S3 03                                                      12/05/2002    15:30

ORLEANS PARISH CRIMINAL SHERIFF'S OFFICE          440444

INMATE'S GRIEVANCE FORM (FORM ARP-1)
(This form should also be used to request to see the legal advisor)

INSTRUCTIONS TO THE INMATE:  Use black ink to complete.  Please print.

Name: LANCE HANSON _____     Bldg/Tier/Side/Cell: CLU S3    03

Folder Number: _____ 1111738 _____

Grievant's Statement:
What is your complaint?

AT THIS TIME YOUR PETITION MOVE FOR A REQUEST TO BE MOVED OUT THIS

BUILDING ON THE GROUND THAT I AM UP IN THE AGE OF 40TH AND I CAN NOT DO

MY TIME AROUND YOUNG INMATES AND THE REQUEST IS ALSO ON A NON SMOKING

TIER THAT IS IN TEMPLEMENT BUILDING I CAN NOT SLEEP UP HERE

What action do you want taken?

MOVE THIS MATTER WITH JUST CUASE BEFORE THE WARDEN OF THIS BUILDING

An Emergency Grievance is a situation involving a risk of personal
injury or serious harm.
Is this an Emergency Grievance?    _XXX_          _____
                                    YES              NO

I FILL THAT MY LIFE IS IN DANGER AT THIS TIME

Inmate's signature:  _LANCE HANSON_____

Date/hour 11/25/2002 _____ (Hour is for emergency grievance on

*************************************************************************

INITIAL ASSIGNMENT
Completed by Warden.  You have ten days from filing to make assignment.
I have determined the complaint to be:           Request for Service
_____Grievable      _____Non-grievable Complaint   _XXX_ (Not a Grievance)

If not grievable, state reason: _____

_____

T Soule _____      ____11/25/2002_____
       WARDEN'S SIGNATURE                      DATE

If grievable, complete the following information:
THE FOREGOING GRIEVANCE IS HEREBY ASSIGNED TO THE FOLLOWING INDIVIDUAL
AS THE STEP ONE RESPONDENT.  PLEASE RETURN FORM TO COMPUTER ROOM WITHIN
FIFTEEN DAYS OF THE ABOVE DATE.
STEP ONE RESPONDENT: CLU WARDEN _____

ORLEANS PARISH CRIMINAL SHERIFF'S OFFICE

SICK CALL REQUEST FORM

NAME: Lance Hansen Ayers          DATE: 11/29/02

FOLDER # : 1111738          LOCATION: 3-5-3

DATE OF COMPLAINT: 11/29/02          ALLERGIES: Up set stomacy

COMPLAINT: I am sick from eating The food Here For A number of days The dishes WAS Washed in someing TAST Like pine oil And It WAS in The food This HAVE couse me sickness AND

Lance Hansen Ayers

INMATE SIGNATURE

MEDICAL FINDINGS : _____

_____

_____

_____

B/P : _____   TEMP : _____   RESP : _____   PULSE : _____

_____          _____

DATE                                           PHYSICIAN SIGNATURE

11/26/2002   15:30   ORLEANS PARISH CRIMINAL SHERIFF'S OFFICE                    440443

STEP ONE RESPONSE FORM (FORM ARP-2A)

Notice to the inmate:  You have filed a request for service (not a grievance
The response given below completes the request for service procedure.

TO:   LANCE HANSON                          1111738          CLU S3    03
              INMATE'S NAME AND NUMBER                  BLDG/TIER/SIDE/CELL

FROM: C Thorne _____   SERGEANT _____
              STEP ONE RESPONDENT                      TITLE

      C Thorne _____   11/26/2002 _____
              RESPONDENT SIGNATURE                     DATE

YOU MAY CONTACT THE WATCH COMMANDER

Witness statement : on ▮ 12/7/02

Date of the alleges Complaint 11/2/02 to 11/27/02.

Robert Jones 1108978. i was in the number when the
Pineoil in the food. CLU. S9. 3

My Withiness are up set to sign this

Form be couse they afrand S I d.

is going to give them A hard time

about this Matter

So we are asking the court at this time to keep A
eye on this matter  this is ra order From
the petitioner  Lance Hanson
                Lona Hanson Ayers

Milford P. Dolliole, Jr.
1645 No. Villere st.
New Orleans, La. 70116
S.S. 434-70-????

U.S. District Court
Eastern District
500 Camp st
N.O. La. 70130

On or about the Nov. 21, 2002 through Nov. 25, 2002 Sheriff Charles C. Foti & et served breakfast & lunch in plastic trays that was washed in "Pine Oil" and never rinshed. Moreover it caused approximately a 5 day sickness to myself and others.

Signed
Signature: Milford P. Dolliole

Rickey Jackson
1125095 #
'24. Prairie View Ct
West Wego 70094

Name: Milford P. Dolliole, Jr.
Social Num: S.S. #
Address: 1645 No. Villere st.
City, La. 70116

Complaint #    440443 continued from previous page.

FIFTEEN DAYS OF THE ABOVE DATE.
STEP ONE RESPONDENT: COMM

Withness Statemnt on/12/7/02

date of tthe alleges complaint
11/2/02 TO /11/27/02

Robert Jones 1108978
inmate Was on tier 5.9.3.

M. Milford p Dallate Jr.

## INMATE CLOTHING REQUEST FORM

INMATE NAME: *Lonce Hanson* ▭  DATE: *10/11/2002*

FOLDER NO.: *1111738*  D.O.B. *9/6/63*  LOCATION: *S.3, 0.3,*

LISTED BELOW ARE THE NUUMBER OF ITEM (S) YOU ARE REQUESTING.
PLACE THE AMOUNT BESIDE EACH ITEM YOU ARE REQUESTING. THE
LIMIT OF EACH ITEM IS IN PARENTHESIS BESIDE THAT ITEM. *3 Clos*

*1*____(2) WHITE BATH TOWLES
    (OPTIONAL)

_____(2) WHITE WASH CLOTHES
    (OPTIONAL)

_____(1) ROBE (FEMALES ONLY)

_____(1) PAJAMA (NO NYLON)

_____(2) SLEEP WEAR (GOWNS)
    (FEMALES ONLY)

*2*____(2) THERMAL BOTTOMS: *Med,*

*2*____(2) THERMAL TOPS: *Med,*

*1*____(2) WHITE SHEETS (FLAT)

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

### FOR DEPARTMENT USE ONLY

ONLY THE ITEM(S) CHECKED HAVE BEEN APPROVED. THOSE ITEM(S) CAN BE
DELIVERED TO YOU:

DATE: **OCT 31 2002**
*Thursday*

TIME: *930 Am - 12 noon*

_____
WARDEN, WATCH COMMANDER

**OCT 18 2002**
_____
DATE

12/05/2002   15:30     ORLEANS PARISH CRIMINAL SHERIFF'S OFFICE                440444

STEP ONE RESPONSE FORM (FORM ARP-2A)


Notice to the inmate:  You have filed a request for service (not a grievance
The response given below completes the request for service procedure.


TO:   LANCE HANSON                          1111738        CLU S3    03
                INMATE'S NAME AND NUMBER              BLDG/TIER/SIDE/CELL

FROM:  SGT. B. PITTMAN                              HOD WATCH COMMANDER
                STEP ONE RESPONDENT                        TITLE

       SGT. B. PITTMAN                                  12/05/2002
                RESPONDENT SIGNATURE                       DATE

SPOKE WITH INMATE AND EXPLAINED THAT HE WAS NOT ASSIGNED TO THE FACILITY

BECAUSE OF HIS AGE.

Withiness Statement: 12/7/02

12/05/2002   15:30     ORLEANS PARISH CRIMINAL SHERIFF'S OFFICE                441224

STEP ONE RESPONSE FORM (FORM ARP-2A)


Notice to the inmate:  You have filed a request for service (not a grievance
The response given below completes the request for service procedure.


TO:   LANCE HANSON                          1111738          CLU S3    03
              INMATE'S NAME AND NUMBER                  BLDG/TIER/SIDE/CELL

FROM: S Carter                                      SOA CLERK
              STEP ONE RESPONDENT                           TITLE

      S Carter                                      12/05/2002
              RESPONDENT SIGNATURE                         DATE

THE AVERAGE MONTHLY DEPOSIT FOR THE PRECEDING SIX MONTHS IS $******7.77

THE AVERAGE MONTHLY BALANCE FOR THE PRECEDING SIX MONTHS IS $*****12.51

THE CURRENT BALANCE IS.................................... $*****50.11

SIGNATURE OF CLERK:  M. DUHE

4. Do you have any cash or checking or savings accounts? ☐ Yes  ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value. _____

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. NONE,

declare under penalty of perjury that the above information is true and correct.

12/2/02.                    Mr. Lance Hansen Myers Sr.
_____            _____
DATE                        SIGNATURE OF APPLICANT

5

# United States District Court

### DISTRICT OF _____

LANCE H. Ayers

Plaintiff

V.

Ray Nagin el at.

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

02-3677

CASE NUMBER: **SECT. R MAG. 1**

I, Lance H. Ayers _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☐ other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs
under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled
to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:          ☑ Yes          ☐ No          . (If "No" go to Part 2)

   If "Yes" state the place of your incarceration Orleans Parish Prison Central Lock up South Side, 3 flan cell 3.

   Are you employed at the institution? **NO**          Do you receive any payment from the institution? **NO**

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institu-
   tion(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?          ☐ Yes          ☑ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the
      name and address of your employer. **NONO**

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or
      wages and pay period and the name and address of your last employer. no Job AT All.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment          ☐ Yes          ☑ No
   b. Rent payments, interest or dividends          ☐ Yes          ☑ No
   c. Pensions, annuities or life insurance payments          ☐ Yes          ☑ No
   d. Disability or workers compensation payments          ☑ Yes          ☐ No
   e. Gifts or inheritances          ☐ Yes          ☑ No
   f. Any other sources          4          ☐ Yes          ☑ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and
   what you expect you will continue to receive. S.S. check once A month.